**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IFRAH OMAR SOHAIL,

Plaintiff,

v.

TODD BLANCHE, *Attorney General of the United States*; MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*; JOSEPH B. EDLOW, Director, *U.S. Citizenship and Immigration Services*,

Defendants.

Case No. 26-cv-3302 (LMP/LIB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Rule 41(a) Dismissal (ECF No. 7). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: August 21, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge